IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSAN M. HILTON,

    Plaintiff,

v.       CIV 15-0116 MV/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 24, 2016.  *See Doc. 25*.  The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review.  To-date, Plaintiff has not filed objections, and, on June 7, 2016, Defendant filed a Notice of No Objection to the Report and Recommendation of the Magistrate Judge (*Doc. 26*).

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 25)* is ADOPTED;

2.     Plaintiff's Motion to Remand *(Doc. 18)* is granted; and

4.     A final order is entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE